# United States District Court
# Middle District of Louisiana

Jonathan Lee Riches,
Plaintiff

V.

08-CV-317

Earl Wesley Berry; Kevin Green; Derrick Sonnier; Percy Walton; Terry Lyn Short; Charles Dean Hood; Robert Yarbrough; Darrell Robinson; Antoinette Frank; Lester Bower; Edward Nathaniel Bell; Larry Davis; FCI Williamsburg; Bureau of Prisons,
Defendants

## HABEAS CORPUS Relief under 28 USC 2241

Inadequate Conditions/8th amendment violation at FCI Williamsburg. The manner in which my sentence was executed at FCI Williamsburg is unconstitutional. Defendants violated my civil rights since Feb 2006. I'm denied medical care, I'm denied safe and sanitation, and I was placed in solitary confinement suffering abuse. I seek better conditions and compel defendants to treat me humane. I pray this Honorable Court for release and relief.

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400

United States District Court
Middle District of Louisiana

Jonathan Lee Riches,
Plaintiff

v.

Michael Alison Chandler; Shailagh Murray; Peter Slevin; Mary Beth Sheridan; Lena H. Sun; Petula Dvorak; Amy Kazmin; Nikita Stewart; Nick Miroff; Bill Torque; Cecilia Kang; David A. Fahrenthold; Dina ElBoghdady; South Carolina State,
Defendants

---

### 28 USC 2254
Violation of my 6th amendment rights / Violation of my state civic rights

Defendants and the state of South Carolina is holding me illegally under a Booker and Fanfan violation. I was denied proper counsel, a Strickland v. Washington violation and my Identity theft fraud losses were not proven by a jury and I'm denied due process. I recieve daily threats from defendants. I seek counsel and I seek not to have my 6th amendment rights violated. I pray this Honorable Court for relief.

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

Legal Mail

United States District Court
Middle District of Louisiana
Clerk of Court
Russell B. Long Federal Building
777 Florida St.
Baton Rouge, Louisiana 70801



FLORENCE SC 295
23 MAY 2008 PM 2

FCI/SCP WILLIAMSBURG
P O BOX 220
SALTERS, SC 29590
Date: 5/23/08

The enclosed letter was processed through special mail procedures for forwarding to you. The letter was neither opened nor inspected. If the writer raises a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, return the enclosure to the above address

_____
Mail Room Officer