UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN LEE RICHES | CIVIL ACTION |
| VERSU | |
| EARL WESLEY BERRY, ET AL | NO. 08-317-B-M2 |

## ORDER

On May 27, 2008, petitioner, Jonathan Lee Riches, filed a petition for a writ of habeas corpus. (R. Doc. 1). On August 7, 2008, the Court sent petitioner a letter directing him to pay the requisite filing fee or file a pauper affidavit and statement of account. (R. Doc. 2). According to that letter, the deadline for petitioner to pay his filing fee or file a pauper affidavit and statement of account was August 22, 2008. As of this date, the petitioner has failed to comply by taking any of the actions directed by the Court. Additionally, the Court has reviewed petitioner's habeas application and finds that it has no connection to the State of Louisiana. Petitioner, who is currently incarcerated at FCI Williamsburg in Salters, South Carolina, is challenging his detention by the State of South Carolina on the ground that his 6th Amendment rights were violated. Thus, because petitioner has not complied with the directives of the Court regarding the payment of a filing fee relative to his habeas petition and because this Court is not the proper forum for his claims, his habeas petition should be dismissed.

Accordingly;

**IT IS ORDERED** that the petitioner's application for a writ of habeas corpus be **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this __8__ day of __Oct__, 2008.

_____
**FRANK J. POLOZOLA**
**UNITED STATES DISTRICT JUDGE**